Hearing Date: August 26, 2010
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St., Courtroom 744
Chicago, IL 60604

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| VANA, RICHARD T. | § | Case No. 08-14218 |
| | § | |
| Debtor | § | Hon. Jack B. Schmetterer |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter ___ of the United States Bankruptcy Code on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $

   Funds were disbursed in the following amounts:

   Administrative expenses
   Payments to creditors
   Non-estate funds paid to 3rd Parties
   Payments to the debtor

   Leaving a balance on hand of[1]    $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

      6.  The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____        By:/s/Joseph A. Baldi, Trustee_____
                                              Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No.: | 08-14218 | JBS | Judge: Jack B. Schmetterer | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | VANA, RICHARD T. | | | | Date Filed (f) or Converted (c): | 06/03/08 (f) |
| | | | | | 341(a) Meeting Date: | 06/27/08 |
| For Period Ending: | 06/21/10 | | | | Claims Bar Date: | 12/23/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home 966 Howard Ave. Des Plaines, IL | 297,000.00 | 0.00 | | 0.00 | FA |
|     No equity in property | | | | | |
| 2. Checking Account Citi Bank | 400.00 | 200.00 | | 200.00 | FA |
| 3. Checking Account First Bank | 1,300.00 | 200.00 | | 200.00 | FA |
| 4. TV ; Furniture | 1,500.00 | 0.00 | | 0.00 | FA |
|     no realizable value after costs of sale | | | | | |
| 5. Antiques, Valuable Books, Valuable Collections | 500.00 | 0.00 | | 0.00 | FA |
|     debtor amended exemptions | | | | | |
| 6. Normal Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7. Life Insurance Policies Whole | 0.00 | 0.00 | | 0.00 | FA |
| 8. 100 Shares Motorola | 1,000.00 | 832.96 | | 832.96 | FA |
|     debtor amended exemptions, no longer claimed exempt - value declined;.Trustee liquidated | | | | | |
| 9. 1998 Dodge Caravan | 1,125.00 | 0.00 | | 0.00 | FA |
| 10. Asset Purchase Installment Payments- Community Cab (u) | 0.00 | 42,562.21 | | 42,562.21 | FA |
|     Right to payments inherited from deceased wife through sale of wife's family business. Debtor received $6,490 post petition, is paying $50 per month after application of exemption. Trustee collecting monthly payments of $1,740 from Community Cab payments. Trustee collected all funds owed from Community Cab and negotiated settlement with Debtor --settlement approved by Court. | | | | | |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 12.90 | Unknown |
| 12. Tax Refunds (u) | 0.00 | 331.59 | | 331.59 | FA |
|     2009 Federal Tax Refund | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $303,025.00 | $44,126.76 | | $44,139.66 | $0.00 |
|---|---|---|---|---|---|

LFORM1

UST Form 101-7-TFR (9/1/2009) *(Page: 3)*

Ver: 15.08

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 08-14218    JBS    Judge: Jack B. Schmetterer | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | VANA, RICHARD T. | Date Filed (f) or Converted (c): | 06/03/08 (f) |
| | | 341(a) Meeting Date: | 06/27/08 |
| | | Claims Bar Date: | 12/23/08 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee prepared tax returns; Trustee has negotiated with the Debtor for a settlement of the remaining installment
payments due; Settlement approved

Initial Projected Date of Final Report (TFR): 12/31/09        Current Projected Date of Final Report (TFR): 06/30/10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 08-14218 -JBS | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | VANA, RICHARD T. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6040  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3679 | | | |
| For Period Ending: | 06/17/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Note: columns are Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| C  10/20/08 | 10 | Community Cab Co., Inc.<br>1501 Miner Street<br>Des Plaines  IL  60016 | Oct 08 Installment- asset pur. agmt | 1221-000 | 1,740.00 | | 1,740.00 |
| C  10/31/08 | 11 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 0.04 | | 1,740.04 |
| C  11/06/08 | 10 | Richard Vana | Asset Purchase Installment<br>1st receipt on Debtor's repayment of $2,490 in postpetition asset purchase installments owing to BK estate - Remaining balance owing from Debtor = $2,440. | 1221-000 | 50.00 | | 1,790.04 |
| C  11/20/08 | 10 | Community Cab Co., Inc.<br>1501 Miner Street<br>Des Plaines  IL  60016 | Nov 08 Installment- asset pur. agm | 1221-000 | 1,740.00 | | 3,530.04 |
| C  11/28/08 | 11 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 0.17 | | 3,530.21 |
| C  12/05/08 | 10 | Richard Vana | Asset Purchase Installment<br>2nd receipt on Debtor's repayment of $2,490 in postpetition asset purchase installments owing to BK estate - Remaining balance owing from Debtor = $2,390.00 | 1221-000 | 50.00 | | 3,580.21 |
| C  12/18/08 | 10 | Community Cab Co., Inc.<br>1501 Miner Street<br>Des Plaines  IL  60016 | Dec 08 Installment- asset pur. agm | 1221-000 | 1,740.00 | | 5,320.21 |
| C  12/31/08 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 5,320.40 |
| C  01/15/09 | 10 | Richard Vana | Asset Purchase Installment<br>3rd receipt on Debtor's repayment of $2,490 in postpetition asset purchase installments owing to BK estate - Remaining balance owing from Debtor = $2,340.00 | 1221-000 | 50.00 | | 5,370.40 |
| C  01/29/09 | 10 | Community Cab Co., Inc.<br>1501 Miner Street<br>Des Plaines  IL  60016 | Jan 09 Installment- asset pur | 1221-000 | 1,740.00 | | 7,110.40 |

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-14218 -JBS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | VANA, RICHARD T. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6040  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3679 | | | |
| For Period Ending: | 06/17/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  01/30/09 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 7,110.44 |
| C t 02/17/09 | | Transfer to Acct #*******6095 | Bank Funds Transfer | 9999-000 | | 6.41 | 7,104.03 |
| C  02/19/09 | 10 | Richard Vana | Asset Purchase Installment | 1221-000 | 50.00 | | 7,154.03 |
| | | | 4th receipt on Debtor's repayment of $2,490 in postpetition asset purchase installments owing to BK estate - Remaining balance owing from Debtor = $2,290.00 | | | | |
| C  02/24/09 | 10 | Community Cab Co., Inc. | Feb 09 Installment- asset pur | 1221-000 | 1,740.00 | | 8,894.03 |
| | | 1501 Miner Street | | | | | |
| | | Des Plaines  IL  60016 | | | | | |
| C  02/27/09 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 8,894.08 |
| C  03/10/09 | 10 | RICHARD VANA | Asset Purchase Installment payment | 1290-000 | 50.00 | | 8,944.08 |
| | | 966 Howard | | | | | |
| | | Des Plaines, IL 60018 | | | | | |
| C  03/17/09 | 10 | Community Cab Co., Inc. | Mar 09 Installment- asset pur | 1221-000 | 1,740.00 | | 10,684.08 |
| | | 1501 Miner Street | | | | | |
| | | Des Plaines  IL  60016 | | | | | |
| C  03/31/09 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,684.16 |
| C  04/09/09 | 10 | RICHARD VANA | Asset Purchase Installment | 1121-000 | 50.00 | | 10,734.16 |
| | | 966 Howard | | | | | |
| | | Des Plaines, IL 60018 | | | | | |
| C  04/21/09 | 10 | Community Cab Co., Inc. | Apr 09 Installment- asset pur | 1221-000 | 1,740.00 | | 12,474.16 |
| | | 1501 Miner Street | | | | | |
| | | Des Plaines  IL  60016 | | | | | |
| C  04/30/09 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 12,474.40 |
| C  05/12/09 | 10 | RICHARD VANA | Asset Purchase Installment | 1221-000 | 50.00 | | 12,524.40 |
| | | 966 Howard | | | | | |
| | | Des Plaines, IL 60018 | | | | | |
| C  05/21/09 | 10 | Community Cab Co., Inc. | May 09 Installment- asset pur | 1221-000 | 1,740.00 | | 14,264.40 |
| | | 1501 Miner Street | | | | | |
| | | Des Plaines  IL  60016 | | | | | |

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 08-14218 -JBS | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | VANA, RICHARD T. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6040  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3679 | | | |
| For Period Ending: | 06/17/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  05/29/09 | 11 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.32 | | 14,264.72 |
| C  06/15/09 | 10 | RICHARD VANA<br>966 Howard<br>Des Plaines, IL 60018 | Asset Purchase Installment | 1221-000 | 50.00 | | 14,314.72 |
| C  06/30/09 | 11 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.36 | | 14,315.08 |
| C  07/06/09 | 10 | COMMUNITY CAB CO., Inc.<br>1501 Miner St.<br>Des Plaines, IL 60016 | Asset Purchase Installment | 1290-000 | 27,389.21 | | 41,704.29 |
| C  07/09/09 | 10 | RICHARD VANA<br>966 Howard<br>Des Plaines, IL 60018 | Asset Purchase Installment | 1221-000 | 50.00 | | 41,754.29 |
| C  07/31/09 | 11 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.86 | | 41,755.15 |
| C  08/06/09 | 10 | RICHARD VANA<br>966 Howard<br>Des Plaines, IL 60018 | Asset Purchase Installment | 1221-000 | 50.00 | | 41,805.15 |
| C  08/31/09 | 11 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 1.06 | | 41,806.21 |
| C  09/10/09 | 10 | RICHARD VANA<br>966 Howard<br>Des Plaines, IL 60018 | Asset Purchase Installment | 1221-000 | 50.00 | | 41,856.21 |
| C t  09/17/09 | | Transfer to Acct #*******6095 | Bank Funds Transfer<br>Transfer funds to pay state income tax.<br>ecbSeptember 17, 2009, 03:53 pm | 9999-000 | | 110.00 | 41,746.21 |
| C  09/30/09 | 11 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 1.03 | | 41,747.24 |
| C  10/13/09 | 10 | RICHARD VANA<br>966 Howard<br>Des Plaines, IL 60018 | Asset Purchase Installment | 1221-000 | 50.00 | | 41,797.24 |
| C  10/30/09 | 11 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 1.06 | | 41,798.30 |
| C  11/17/09 | 8 | Motorola, Inc.<br>PO Box 3525<br>S. Hackensack  NJ  07606-9225 | Sale of Motorola Stock | 1129-000 | 832.96 | | 42,631.26 |
| C  11/17/09 | 10 | RICHARD VANA | Asset Purchase Installment | 1221-000 | 50.00 | | 42,681.26 |

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 08-14218 -JBS | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- |
| Case Name: | VANA, RICHARD T. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6040 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3679 | | |
| For Period Ending: | 06/17/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 966 Howard | | | | | |
| | | Des Plaines, IL 60018 | | | | | |
| C  11/30/09 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.04 | | 42,682.30 |
| C  12/17/09 | 10 | RICHARD VANA | Asset Purchase Installment (11/09) | 1221-000 | 50.00 | | 42,732.30 |
| | | 966 Howard | | | | | |
| | | Des Plaines, IL 60018 | | | | | |
| C  12/31/09 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.09 | | 42,733.39 |
| C  01/20/10 | 10 | RICHARD VANA | Asset Purchase Installment (1/10) | 1221-000 | 50.00 | | 42,783.39 |
| | | 966 Howard | | | | | |
| | | Des Plaines, IL 60018 | | | | | |
| C  01/29/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.09 | | 42,784.48 |
| C  02/18/10 | 10 | RICHARD VANA | Asset Purchase Installment (2/10) | 1221-000 | 50.00 | | 42,834.48 |
| | | 966 Howard | | | | | |
| | | Des Plaines, IL 60018 | | | | | |
| C  02/26/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.98 | | 42,835.46 |
| C t  03/03/10 | | Transfer to Acct #*******6095 | Bank Funds Transfer | 9999-000 | | 9.74 | 42,825.72 |
| | | | Transfer funds for bond premium payment. | | | | |
| C t  03/04/10 | | Transfer to Acct #*******6095 | Bank Funds Transfer | 9999-000 | | 26.69 | 42,799.03 |
| C t  03/16/10 | | Transfer to Acct #*******6095 | Bank Funds Transfer | 9999-000 | | 708.00 | 42,091.03 |
| | | | Transfer funds to pay 2009 state income tax for estate.  ecbMarch 16, 2010, 12:43 pm | | | | |
| C  03/24/10 | 10 | RICHARD VANA | Asset Purchase Installment (3/10) | 1221-000 | 50.00 | | 42,141.03 |
| | | 966 Howard | | | | | |
| | | Des Plaines, IL 60018 | | | | | |
| C  03/31/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.09 | | 42,142.12 |
| C  04/16/10 | 10 | RICHARD VANA | Asset Purchase Installment (4/10) | 1221-000 | 50.00 | | 42,192.12 |
| | | 966 Howard | | | | | |
| | | Des Plaines, IL 60018 | | | | | |
| C  04/29/10 | 10 | Community Cab Co., Inc. | Final Installment - Asset Purchase | 1290-000 | 153.00 | | 42,345.12 |
| | | 1501 Miner Street | | | | | |
| | | Des Plaines  IL  60016 | | | | | |

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 08-14218 -JBS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | VANA, RICHARD T. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6040  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3679 | | |
| For Period Ending: | 06/17/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  04/30/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.04 | | 42,346.16 |
| C  05/28/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.07 | | 42,347.23 |
| C  06/08/10 | 2, 3, 10 | MARIANN BILODEAU<br>2279 Eastview Drive<br>Des Plaines, IL 60018 | Settlement per Court Order | 1290-000 | 600.00 | | 42,947.23 |
| C  06/11/10 | 12 | UNITED STATES TREASURY<br>Internal Revenue Service<br>Cincinnati, OH  45999-0148 | 2009 Income Tax Refund | 1224-000 | 331.59 | | 43,278.82 |

```
*   Reversed
t   Funds Transfer
C   Bank Cleared
```

| | Account *******6040 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 31 | Deposits | 44,126.76 | 0 | Checks | 0.00 |
| | 20 | Interest Postings | 12.90 | 0 | Adjustments Out | 0.00 |
| | | | | 5 | Transfers Out | 860.84 |
| | | Subtotal | $ 44,139.66 | | | |
| | | | | | Total | $ 860.84 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 44,139.66 | | | |

LFORM2T4  UST Form 101-7-TFR (9/1/2009) *(Page: 9)*                          Ver: 15.08

FORM 2

Page: 6

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-14218 -JBS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | VANA, RICHARD T. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6095 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3679 | | | |
| For Period Ending: | 06/17/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t  02/17/09 | | Transfer from Acct #*******6040 | Bank Funds Transfer | 9999-000 | 6.41 | | 6.41 |
| C    02/17/09 | 001001 | International Sureties, Ltd. | 2009 Bond Premium Payment | 2300-000 | | 6.41 | 0.00 |
| | | 701 Poydras Street #420 | Bond No. 016026455 | | | | |
| | | New Orleans, LA 70139 | | | | | |
| C t  09/17/09 | | Transfer from Acct #*******6040 | Bank Funds Transfer | 9999-000 | 110.00 | | 110.00 |
| | | | Transfer funds to pay state income tax. | | | | |
| | | | ecbSeptember 17, 2009, 03:53 pm | | | | |
| C    09/17/09 | 001002 | ILLINOIS DEPT. OF REVENUE | 2008 Form IL-1041 | 2820-000 | | 110.00 | 0.00 |
| | | P.O. BOX 19009 | Taxpayer ID 61-6363679 | | | | |
| | | SPRINGFIELD, IL 62794-9009 | | | | | |
| C t  03/03/10 | | Transfer from Acct #*******6040 | Bank Funds Transfer | 9999-000 | 9.74 | | 9.74 |
| | | | Transfer funds for bond premium payment. | | | | |
| C    03/03/10 | 001003 | International Sureties | Bond Premium Payment | 2300-000 | | 9.74 | 0.00 |
| | | 701 Poydras Street #420 | Annual premium payment - 2010 | | | | |
| | | New Orleans, LA 70139 | | | | | |
| C t  03/04/10 | | Transfer from Acct #*******6040 | Bank Funds Transfer | 9999-000 | 26.69 | | 26.69 |
| C    03/04/10 | 001004 | International Sureties | Bond Premium Payment (2nd Check) | 2300-000 | | 26.69 | 0.00 |
| | | 701 Poydras Street #420 | Balance Owing on 2010 annual premium | | | | |
| | | New Orleans, LA 70139 | Bond # 016026455 | | | | |
| C t  03/16/10 | | Transfer from Acct #*******6040 | Bank Funds Transfer | 9999-000 | 708.00 | | 708.00 |
| | | | Transfer funds to pay 2009 state income tax for | | | | |
| | | | estate.  ecbMarch 16, 2010, 12:43 pm | | | | |
| C    03/16/10 | 001005 | ILLINOIS DEPT. OF REVENUE | 2009 IL 1041 | 2820-000 | | 708.00 | 0.00 |
| | | P.O. BOX 19009 | 61-6363679 | | | | |
| | | SPRINGFIELD, IL 62794-9009 | | | | | |

LFORM2T4  UST Form 101-7-TFR (9/1/2009) *(Page: 10)*

Ver: 15.08

FORM 2

Page: 7

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-14218 -JBS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | VANA, RICHARD T. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6095 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3679 | | |
| For Period Ending: | 06/17/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

| | Account *******6095 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | 5 | Checks | 860.84 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | | | |
| | | | | | Total | $ 860.84 |
| | 0 | Adjustments In | 0.00 | | | |
| | 5 | Transfers In | 860.84 | | | |
| | | Total | $ 860.84 | | | |

| | Report Totals | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 31 | Deposits | 44,126.76 | 5 | Checks | 860.84 |
| | 20 | Interest Postings | 12.90 | 0 | Adjustments Out | 0.00 |
| | | | | 5 | Transfers Out | 860.84 |
| | | Subtotal | $ 44,139.66 | | | |
| | | | | | Total | $ 1,721.68 |
| | 0 | Adjustments In | 0.00 | | | |
| | 5 | Transfers In | 860.84 | | | |
| | | Total | $ 45,000.50 | | Net Total Balance | $ 43,278.82 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-14218 | | Page 1 | | Date: June 17, 2010 |
|---|---|---|---|---|---|
| Debtor Name: | VANA, RICHARD T. | | Claim Class, Priority Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3410-00 | Popowcer Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il 60601-2207 | Administrative | | $1,956.50 | $0.00 | $1,956.50 |
| 001 2100-00 | JOSEPH A. BALDI, as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Administrative | Trustee Final Compensation | $5,163.97 | $0.00 | $5,163.97 |
| 001 3110-00 | Joseph A. Baldi & Associates, P.C.<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Administrative | TR Attorneys - Final Comp | $6,842.00 | $0.00 | $6,842.00 |
| | Subtotal for Class Administrative | | | $13,962.47 | $0.00 | $13,962.47 |
| 000001 070 7100-00 | Discover Bank/DFS Services LLC<br>POB 3025<br>New Albany Ohio 43054 | Unsecured | | $8,194.17 | $0.00 | $8,194.17 |
| 000002 070 7100-00 | PYOD LLC successors/assigns Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $2,944.62 | $0.00 | $2,944.62 |
| 000003 070 7100-00 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $13,217.22 | $0.00 | $13,217.22 |
| 000004 070 7100-00 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $8,103.68 | $0.00 | $8,103.68 |
| 000005 070 7100-00 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $997.10 | $0.00 | $997.10 |
| 000006 070 7100-00 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $7,053.30 | $0.00 | $7,053.30 |
| 000007 070 7100-00 | eCAST Settlement Corp assignee of HSBC<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | (7-1) Credit Card Debt | $466.47 | $0.00 | $466.47 |
| 000008 070 7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | (8-1) Credit Card Debt | $2,425.90 | $0.00 | $2,425.90 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-14218 | | Page 2 | | Date: June 17, 2010 |
| Debtor Name: | VANA, RICHARD T. | | Claim Class, Priority Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000009 070 7100-00 | Pra Receivables Mgmt Llc for Capital One<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Capital One<br>POB 41067<br>NORFOLK VA 23541 | Unsecured | | $2,836.40 | $0.00 | $2,836.40 |
| 000010 070 7100-00 | Recovery MGMT Systems Corp for GEMB<br>For GE Money Bank<br>dba GE MONEY MASTERCARD<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | | $9,405.03 | $0.00 | $9,405.03 |
| 000011 070 7100-00 | Recovery Mgmt Systems Corp for GEMB<br>For GE Money Bank<br>dba GE MONEY LOC<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | | $14,614.05 | $0.00 | $14,614.05 |
| 000012 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $8,699.72 | $0.00 | $8,699.72 |
| 000013 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $19,396.51 | $0.00 | $19,396.51 |
| 000014 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $7,557.12 | $0.00 | $7,557.12 |
| 000015 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $4,409.90 | $0.00 | $4,409.90 |
| 000016 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $3,884.29 | $0.00 | $3,884.29 |
| | Subtotal for Class Unsecured | | | $114,205.48 | $0.00 | $114,205.48 |
| | Case Totals: | | | $128,167.95 | $0.00 | $128,167.95 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-14218
Case Name: VANA, RICHARD T.
Trustee Name: Joseph A. Baldi, Trustee

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Joseph A. Baldi, Trustee | $_____ | $_____ |
| Attorney for trustee: Joseph A. Baldi & Associates, P.C. | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: Popowcer Katten, Ltd | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | _____ | $_____ | $_____ |
| *Attorney for:* | _____ | $_____ | $_____ |
| *Accountant for:* | _____ | $_____ | $_____ |
| *Appraiser for:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Discover Bank/DFS Services LLC* | $_____ | $_____ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | PYOD LLC successors/assigns Citibank | $ | $ |
| 000003 | CHASE BANK USA | $ | $ |
| 000004 | CHASE BANK USA | $ | $ |
| 000005 | CHASE BANK USA | $ | $ |
| 000006 | Chase Bank USA NA | $ | $ |
| 000007 | eCAST Settlement Corp assignee of HSBC | $ | $ |
| 000008 | American Express Centurion Bank | $ | $ |
| 000009 | Pra Receivables Mgmt Llc for Capital One | $ | $ |
| 000010 | Recovery MGMT Systems Corp for GEMB | $ | $ |
| 000011 | Recovery Mgmt Systems Corp for GEMB | $ | $ |
| 000012 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ | $ |
| 000013 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ | $ |
| 000014 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ | $ |
| 000015 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ | $ |
| 000016 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $_____.