Hearing Date: August 26, 2010
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St., Courtroom 682
Chicago, IL 60604

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| In re: | § | Chapter 7 |
|---|---|---|
| | § | |
| VANA, RICHARD T. | § | Case No. 08-14218 |
| | § | |
| Debtor | § | Hon. Jack B. Schmetter |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

10:30 a.m.
on August 26, 2010
in Courtroom 682, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: ________________ By: Kenneth Gardner
Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St., Suite 1500, Chicago, IL 60603

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| VANA, RICHARD T. | § | Case No. 08-14218 |
| | § | |
| Debtor | § | Hon. Jack B. Schmetterer |

**SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 44,139.66 |
| *and approved disbursements of* | $ | 860.84 |
| *leaving a balance on hand of*[1] | $ | 43,278.82 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: Joseph A. Baldi, Trustee* | $ 5,163.97 | $ 0.00 |
| *Attorney for trustee: Joseph A. Baldi & Associates, P.C.* | $ 6,842.00 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant: Popowcer Katten, Ltd* | $ 1,956.50 | $ 0.00 |
| *Special Attorney for trustee:* | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| *Reason/Applicant* | *Fees* | *Expenses* |
| --- | --- | --- |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other:* | $ | $ |
| *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
| --- | --- | --- |
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
| --- | --- | --- | --- |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 114,205.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.7 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Discover Bank/DFS Services LLC* | $ 8,194.17 | $ 2,103.43 |
| *000002* | *PYOD LLC successors/assigns Citibank* | $ 2,944.62 | $ 755.88 |
| *000003* | *CHASE BANK USA* | $ 13,217.22 | $ 3,392.84 |
| *000004* | *CHASE BANK USA* | $ 8,103.68 | $ 2,080.20 |
| *000005* | *CHASE BANK USA* | $ 997.10 | $ 255.95 |
| *000006* | *Chase Bank USA NA* | $ 7,053.30 | $ 1,810.57 |
| *000007* | *eCAST Settlement Corp assignee of HSBC* | $ 466.47 | $ 119.74 |
| *000008* | *American Express Centurion Bank* | $ 2,425.90 | $ 622.72 |
| *000009* | *Pra Receivables Mgmt Llc for Capital One* | $ 2,836.40 | $ 728.10 |
| *000010* | *Recovery MGMT Systems Corp for GEMB* | $ 9,405.03 | $ 2,414.26 |
| *000011* | *Recovery Mgmt Systems Corp for GEMB* | $ 14,614.05 | $ 3,751.40 |
| *000012* | *FIA CARD SERVICES, NA/BANK OF AMERICA* | $ 8,699.72 | $ 2,233.20 |
| *000013* | *FIA CARD SERVICES, NA/BANK OF AMERICA* | $ 19,396.51 | $ 4,979.05 |
| *000014* | *FIA CARD SERVICES, NA/BANK OF AMERICA* | $ 7,557.12 | $ 1,939.90 |
| *000015* | *FIA CARD SERVICES, NA/BANK OF AMERICA* | $ 4,409.90 | $ 1,132.01 |

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000016* | *FIA CARD SERVICES, NA/BANK OF AMERICA* | *$* 3,884.29 | *$* 997.10 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | *$* | *$* |
| | | *$* | *$* |
| | | *$* | *$* |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | *$* | *$* |
| | | *$* | *$* |
| | | *$* | *$* |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/

Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

District/Off: 0752−1 User: wepps Date Created: 7/23/2010
Case: 08−14218 Form ID: pdf006 Total: 42

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db Richard T. Vana 966 Howard Ave. Des Plaines, IL 60018
tr Joseph A Baldi, Tr Joseph Baldi &Associates 19 S Lasalle Street Suite 1500 Chicago, IL 60603
aty David M Siegel David M. Siegel &Associates 790 Chaddick Drive Wheeling, IL 60090
aty Elizabeth C Berg Joseph A. Baldi &Associates 19 S Lasalle Street, , Suite 1500 Chicago, IL 60603
aty Joseph A Baldi Joseph Baldi &Associates 19 S Lasalle Street Suite 1500 Chicago, IL 60603
12293455 American Express PO Box 981537 El Paso, TX 79998
12724488 American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern PA 19355−0701
12293456 Bank Card Services PO Box 15026 Wilmington, DE 19850−5026
12293457 Bank of America 4060 Ogletown/Stanton Rd. Mail Code DE5−019−03−07 Newark, DE 19713
12293458 Bank of America Billing Inquires PO Box 15026 Wilmington, DE 19850−5026
12293460 CAP ONE NA 2730 Liberty Avenue Pittsburgh, PA 15222−4747
12695768 CHASE BANK USA C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121
12293459 Cap One Bank P.O. Box 85015 Richmond, VA 23285
12293461 Capital One Bank PO Box 30285 Salt Lake City, UT 84130−0285
12293462 Capital One Bank c/o Estate Information Services 2323 Lake Club Drive, Suite 3000 Columbus, OH 43232
12293463 Chase 201 N. Walnut St. MAILSTOP DE1−1027 Wilmington, DE 19801
12293464 Chase Cardmember Service PO Box 15298 Wilmington, DE 19850−5298
12699893 Chase Bank USA NA PO BOX 15145 Wilmington, DE 19850−5145
12293465 Citi c/o Citi Corp. PO Box 6500 Sioux Falls, SD 57117−6500
12293466 Citi Financial P.O. Box 499 Hanover, MD 21076
12666457 Discover Bank/DFS Services LLC POB 3025 New Albany Ohio 43054
12293467 Discover Card PO Box 15316 Wilmington, DE 19850−5316
12293468 Discover Card PO Box 30943 Salt Lake City, UT 84130
12980405 FIA CARD SERVICES, NA/BANK OF AMERICA by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124−8809
12293470 GE Money Bank C/O Recovery Management Systems Corp 25 S.E. 2nd Avenue, Suite 1120 Miami, FL 33131 Attn: Ramesh Singh
12293469 Gemb/GE Money Loc PO Box 30762 Salt Lake City, UT 84130
12293471 HFC PO Box 1547 Chesapeake, VA 23327
12293472 HFC Customer Service 188 E. Golf Rd. Schaumburg, IL 60173
12293473 HSBC PO Box 80084 Salinas, CA 93912−0084
12293474 HSBC Card Services PO Box 5253 Carol Stream, IL 60197
12293475 Juniper Bank 100 S. West Street Wilmington, DE 19801
12293476 Nicor Advanced Energy PO Box 3042 Naperville, IL 60563
12293477 Northwest Community Credit Union 7400 Waukegan Niles, IL 60714
12668810 PYOD LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603−0587
12920396 Pra Receivables Management, Llc As Agent Of Portfolio Recovery Assocs. c/o Capital One POB 41067 NORFOLK VA 23541
12939857 Recovery Management Systems Corporation For GE Money Bank dba GE MONEY LOC 25 SE 2nd Ave Ste 1120 Miami FL 33131
12939856 Recovery Management Systems Corporation For GE Money Bank dba GE MONEY MASTERCARD 25 SE 2nd Ave Ste 1120 Miami FL 33131
12293478 Sears Gold MasterCard PO Box 6282 Sioux Falls, SD 57117−6282
12293479 Sears/CBSD 8725 W. Sahara Ave. The Lakes, NV 89163
12293480 US Bank CB Disputes PO Box 108 Saint Louis, MO 63116
12293481 WF Fin Bank 1200 N. West Ave. Sioux Falls, SD 57104−1314
12714818 eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns POB 35480 Newark NJ 07193−5480

TOTAL: 42