Hearing Date: August 26, 2010
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St., Courtroom 682
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| VANA, RICHARD T. | § | Case No. 08-14218 |
| | § | |
| Debtor | § | Hon. Jack B. Schmetter |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

10:30 a.m.
on August 26, 2010
in Courtroom 682, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth Gardner_____
                                              Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St., Suite 1500, Chicago, IL 60603

UST Form 101-7-NFR (9/1/2009) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Chapter 7
§
VANA, RICHARD T. § Case No. 08-14218
§
Debtor § Hon. Jack B. Schmetterer

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 44,139.66 |
| *and approved disbursements of* | $ | 860.84 |
| *leaving a balance on hand of*[1] | $ | 43,278.82 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: Joseph A. Baldi, Trustee* | $ 5,163.97 | $ 0.00 |
| *Attorney for trustee: Joseph A. Baldi & Associates, P.C.* | $ 6,842.00 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant: Popowcer Katten, Ltd* | $ 1,956.50 | $ 0.00 |
| *Special Attorney for trustee:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other:* | $ | $ |
| *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 114,205.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.7 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Discover Bank/DFS Services LLC | $ 8,194.17 | $ 2,103.43 |
| 000002 | PYOD LLC successors/assigns Citibank | $ 2,944.62 | $ 755.88 |
| 000003 | CHASE BANK USA | $ 13,217.22 | $ 3,392.84 |
| 000004 | CHASE BANK USA | $ 8,103.68 | $ 2,080.20 |
| 000005 | CHASE BANK USA | $ 997.10 | $ 255.95 |
| 000006 | Chase Bank USA NA | $ 7,053.30 | $ 1,810.57 |
| 000007 | eCAST Settlement Corp assignee of HSBC | $ 466.47 | $ 119.74 |
| 000008 | American Express Centurion Bank | $ 2,425.90 | $ 622.72 |
| 000009 | Pra Receivables Mgmt Llc for Capital One | $ 2,836.40 | $ 728.10 |
| 000010 | Recovery MGMT Systems Corp for GEMB | $ 9,405.03 | $ 2,414.26 |
| 000011 | Recovery Mgmt Systems Corp for GEMB | $ 14,614.05 | $ 3,751.40 |
| 000012 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 8,699.72 | $ 2,233.20 |
| 000013 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 19,396.51 | $ 4,979.05 |
| 000014 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 7,557.12 | $ 1,939.90 |
| 000015 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 4,409.90 | $ 1,132.01 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000016 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 3,884.29 | $ 997.10 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/_____
Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0752−1 | User: wepps | | Date Created: 7/23/2010 |
| Case: 08−14218 | Form ID: pdf006 | | Total: 42 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Richard T. Vana | 966 Howard Ave. | Des Plaines, IL 60018 | | |
| tr | Joseph A Baldi, Tr | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 | |
| aty | David M Siegel | David M. Siegel &Associates | 790 Chaddick Drive | Wheeling, IL 60090 | |
| aty | Elizabeth C Berg | Joseph A. Baldi &Associates | 19 S Lasalle Street, , Suite 1500 | Chicago, IL 60603 | |
| aty | Joseph A Baldi | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 | |
| 12293455 | American Express | PO Box 981537 | El Paso, TX 79998 | | |
| 12724488 | American Express Centurion Bank | c o Becket and Lee LLP | POB 3001 | Malvern PA 19355−0701 | |
| 12293456 | Bank Card Services | PO Box 15026 | Wilmington, DE 19850−5026 | | |
| 12293457 | Bank of America | 4060 Ogletown/Stanton Rd. | Mail Code DE5−019−03−07 | Newark, DE 19713 | |
| 12293458 | Bank of America | Billing Inquires | PO Box 15026 | Wilmington, DE 19850−5026 | |
| 12293460 | CAP ONE NA | 2730 Liberty Avenue | Pittsburgh, PA 15222−4747 | | |
| 12695768 | CHASE BANK USA | C O WEINSTEIN AND RILEY, PS | 2001 WESTERN AVENUE, STE 400 | SEATTLE, WA 98121 | |
| 12293459 | Cap One Bank | P.O. Box 85015 | Richmond, VA 23285 | | |
| 12293461 | Capital One Bank | PO Box 30285 | Salt Lake City, UT 84130−0285 | | |
| 12293462 | Capital One Bank | c/o Estate Information Services | 2323 Lake Club Drive, Suite 3000 | Columbus, OH 43232 | |
| 12293463 | Chase | 201 N. Walnut St. | MAILSTOP DE1−1027 | Wilmington, DE 19801 | |
| 12293464 | Chase | Cardmember Service | PO Box 15298 | Wilmington, DE 19850−5298 | |
| 12699893 | Chase Bank USA NA | PO BOX 15145 | Wilmington, DE 19850−5145 | | |
| 12293465 | Citi | c/o Citi Corp. | PO Box 6500 | Sioux Falls, SD 57117−6500 | |
| 12293466 | Citi Financial | P.O. Box 499 | Hanover, MD 21076 | | |
| 12666457 | Discover Bank/DFS Services LLC | POB 3025 | New Albany Ohio 43054 | | |
| 12293467 | Discover Card | PO Box 15316 | Wilmington, DE 19850−5316 | | |
| 12293468 | Discover Card | PO Box 30943 | Salt Lake City, UT 84130 | | |
| 12980405 | FIA CARD SERVICES, NA/BANK OF AMERICA | by American InfoSource LP as its agent | PO Box 248809 | Oklahoma City, OK 73124−8809 | |
| 12293470 | GE Money Bank | C/O Recovery Management Systems Corp | 25 S.E. 2nd Avenue, Suite 1120 | Miami, FL 33131 | Attn: Ramesh Singh |
| 12293469 | Gemb/GE Money Loc | PO Box 30762 | Salt Lake City, UT 84130 | | |
| 12293471 | HFC | PO Box 1547 | Chesapeake, VA 23327 | | |
| 12293472 | HFC Customer Service | 188 E. Golf Rd. | Schaumburg, IL 60173 | | |
| 12293473 | HSBC | PO Box 80084 | Salinas, CA 93912−0084 | | |
| 12293474 | HSBC Card Services | PO Box 5253 | Carol Stream, IL 60197 | | |
| 12293475 | Juniper Bank | 100 S. West Street | Wilmington, DE 19801 | | |
| 12293476 | Nicor Advanced Energy | PO Box 3042 | Naperville, IL 60563 | | |
| 12293477 | Northwest Community Credit Union | 7400 Waukegan | Niles, IL 60714 | | |
| 12668810 | PYOD LLC its successors and assigns as assignee of | Citibank | Resurgent Capital Services | PO Box 10587 | Greenville, SC 29603−0587 |
| 12920396 | Pra Receivables Management, Llc | As Agent Of Portfolio Recovery Assocs. | c/o Capital One | POB 41067 | NORFOLK VA 23541 |
| 12939857 | Recovery Management Systems Corporation | For GE Money Bank | dba GE MONEY LOC | 25 SE 2nd Ave Ste 1120 | Miami FL 33131 |
| 12939856 | Recovery Management Systems Corporation | For GE Money Bank | dba GE MONEY MASTERCARD | 25 SE 2nd Ave Ste 1120 | Miami FL 33131 |
| 12293478 | Sears Gold MasterCard | PO Box 6282 | Sioux Falls, SD 57117−6282 | | |
| 12293479 | Sears/CBSD | 8725 W. Sahara Ave. | The Lakes, NV 89163 | | |
| 12293480 | US Bank | CB Disputes | PO Box 108 | Saint Louis, MO 63116 | |
| 12293481 | WF Fin Bank | 1200 N. West Ave. | Sioux Falls, SD 57104−1314 | | |
| 12714818 | eCAST Settlement Corporation assignee of | HSBC Bank Nevada and its Assigns | POB 35480 | Newark NJ 07193−5480 | |

TOTAL: 42

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: ahamilton              Page 1 of 2                   Date Rcvd: Jul 26, 2010
Case: 08-14218                 Form ID: pdf006              Total Noticed: 40

The following entities were noticed by first class mail on Jul 28, 2010.
db          +Richard T. Vana,    966 Howard Ave.,    Des Plaines, IL 60018-2719
aty         +David M Siegel,    David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL 60090-6005
aty         +Elizabeth C Berg,   Joseph A. Baldi & Associates,    19 S Lasalle Street, ,   Suite 1500,
              Chicago, IL 60603-1413
aty         +Joseph A Baldi,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
tr          +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
12293455    +American Express,    PO Box 981537,    El Paso, TX 79998-1537
12724488     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12293456     Bank Card Services,    PO Box 15026,    Wilmington, DE 19850-5026
12293457     Bank of America,    4060 Ogletown/Stanton Rd.,    Mail Code DE5-019-03-07,    Newark, DE 19713
12293458     Bank of America,    Billing Inquires,    PO Box 15026,    Wilmington, DE 19850-5026
12293460     CAP ONE NA,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
12695768    +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
12293459    +Cap One Bank,    P.O. Box 85015,    Richmond, VA 23285-5015
12293461     Capital One Bank,    PO Box 30285,    Salt Lake City, UT 84130-0285
12293462    +Capital One Bank,    c/o Estate Information Services,    2323 Lake Club Drive, Suite 3000,
              Columbus, OH 43232-3101
12293463    +Chase,    201 N. Walnut St.,    MAILSTOP DE1-1027,    Wilmington, DE 19801-2920
12293464     Chase,    Cardmember Service,    PO Box 15298,    Wilmington, DE 19850-5298
12699893     Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
12293465     Citi,    c/o Citi Corp.,    PO Box 6500,    Sioux Falls, SD 57117-6500
12293472    +HFC Customer Service,    188 E. Golf Rd.,    Schaumburg, IL 60173-3726
12293473     HSBC,    PO Box 80084,    Salinas, CA 93912-0084
12293474    +HSBC Card Services,    PO Box 5253,    Carol Stream, IL 60197-5253
12293475    +Juniper Bank,    100 S. West Street,    Wilmington, DE 19801-5015
12293477    +Northwest Community Credit Union,    7400 Waukegan,    Niles, IL 60714-4387
12920396    +Pra Receivables Management, Llc,    As Agent Of Portfolio Recovery Assocs.,   c/o Capital One,
              POB 41067,    NORFOLK VA 23541-1067
12293478     Sears Gold MasterCard,    PO Box 6282,    Sioux Falls, SD 57117-6282
12293479    +Sears/CBSD,    8725 W. Sahara Ave.,    The Lakes, NV 89163-0001
12293480   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
            (address filed with court: US Bank,    CB Disputes,    PO Box 108,    Saint Louis, MO 63116)
12293481    +WF Fin Bank,    1200 N. West Ave.,    Sioux Falls, SD 57104-1335
12714818     eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
              Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Jul 26, 2010.
12293467      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 27 2010 01:44:58      Discover Card,    PO Box 15316,
               Wilmington, DE 19850-5316
12293468      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 27 2010 01:44:58      Discover Card,    PO Box 30943,
               Salt Lake City, UT 84130
12666457     +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 27 2010 01:44:58
               Discover Bank/DFS Services LLC,    POB 3025,    New Albany Ohio 43054-3025
12980405      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 27 2010 01:15:12
               FIA CARD SERVICES, NA/BANK OF AMERICA,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
12293470     +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2010 01:23:40      GE Money Bank,
               C/O Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605,
               Attn: Ramesh Singh
12293469     +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2010 01:23:40      Gemb/GE Money Loc,    PO Box 30762,
               Salt Lake City, UT 84130-0762
12293476     +E-mail/Text: rayres@nicor.com                          Nicor Advanced Energy,    PO Box 3042,
               Naperville, IL 60566-7042
12668810      E-mail/Text: resurgentbknotifications@resurgent.com
               PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
12939856     +E-mail/PDF: rmscedi@recoverycorp.com Jul 27 2010 01:23:40
               Recovery Management Systems Corporation,    For GE Money Bank,    dba GE MONEY MASTERCARD,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12939857     +E-mail/PDF: rmscedi@recoverycorp.com Jul 27 2010 01:23:41
               Recovery Management Systems Corporation,    For GE Money Bank,    dba GE MONEY LOC,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12293466   ##+Citi Financial,    P.O. Box 499,    Hanover, MD 21076-0499
12293471   ##+HFC,    PO Box 1547,    Chesapeake, VA 23327-1547
                                                                                   TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: ahamilton           Page 2 of 2              Date Rcvd: Jul 26, 2010
Case: 08-14218                Form ID: pdf006          Total Noticed: 40

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 28, 2010**                            **Signature:**     *Joseph Speetjens*