# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                   §
                                         §
VANA, RICHARD T.                         §         Case No. 08-14218
                                         §
            Debtor(s)                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on               .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joseph A. Baldi, Trustee _____
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Northwest Community Credit Union 7400 Waukegan Niles, IL 60714 | | | | | |
| Northwest Community Credit Union 7400 Waukegan Niles, IL 60714 | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Express PO Box 981537 El Paso, TX 79998 | | | | | |
| Bank Card Services PO Box 15026 Wilmington, DE 19850-5026 | | | | | |
| Bank of America 4060 Ogletown/Stanton Rd. Mail Code DE5-019-03-07 Newark, DE 19713 | | | | | |
| Cap One Bank P.O. Box 85015 Richmond, VA 23285 | | | | | |
| Cap One Bank P.O. Box 85015 Richmond, VA 23285 | | | | | |
| Cap One Bank P.O. Box 85015 Richmond, VA 23285 | | | | | |
| Chase 201 N. Walnut St. MAILSTOP DE1-1027 Wilmington, DE 19801 | | | | | |
| Chase 201 N. Walnut St. MAILSTOP DE1-1027 Wilmington, DE 19801 | | | | | |
| Citi c/o Citi Corp. PO Box 6500 Sioux Falls, SD 57117-6500 | | | | | |
| HFC PO Box 1547 Chesapeake, VA 23327 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HSBC Card Services PO Box 5253 Carol Stream, IL 60197 | | | | | |
| HSBC Card Services PO Box 5253 Carol Stream, IL 60197 | | | | | |
| Juniper Bank 100 S. West Street Wilmington, DE 19801 | | | | | |
| Nicor Advanced Energy PO Box 3042 Naperville, IL 60563 | | | | | |
| Sears/CBSD 8725 W. Sahara Ave. The Lakes, NV 89163 | | | | | |
| US Bank CB Disputes PO Box 108 Saint Louis, MO 63116 | | | | | |
| WF Fin Bank 1200 N. West Ave. Sioux Falls, SD 57104-1314 | | | | | |
| WF Fin Bank 1200 N. West Ave. Sioux Falls, SD 57104-1314 | | | | | |
| AMERICAN EXPRESS CENTURION BANK | | | | | |
| CHASE BANK USA | | | | | |
| CHASE BANK USA | | | | | |
| CHASE BANK USA | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHASE BANK USA NA | | | | | |
| DISCOVER BANK/DFS SERVICES LLC | | | | | |
| ECAST SETTLEMENT CORP ASSIGN HSBC | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| PRA REC'VABLES MGMT FOR CAPITAL ONE | | | | | |
| PYOD LLC,SUCCESSORS/ASSIGNS CITIBAN | | | | | |
| RECOVERY MGMT SYST CORP FOR GEMB | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RECOVERY MGMT SYST CORP FOR GEMB | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 08-14218   JBS   Judge: Jack B. Schmetterer | |
| Case Name: | VANA, RICHARD T. | |
| For Period Ending: | 10/06/10 | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Date Filed (f) or Converted (c): | 06/03/08 (f) |
| 341(a) Meeting Date: | 06/27/08 |
| Claims Bar Date: | 12/23/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home 966 Howard Ave. Des Plaines, IL | 297,000.00 | 0.00 | | 0.00 | FA |
| No equity in property | | | | | |
| 2. Checking Account Citi Bank | 400.00 | 200.00 | | 200.00 | FA |
| 3. Checking Account First Bank | 1,300.00 | 200.00 | | 200.00 | FA |
| 4. TV ; Furniture | 1,500.00 | 0.00 | | 0.00 | FA |
| no realizable value after costs of sale | | | | | |
| 5. Antiques, Valuable Books, Valuable Collections | 500.00 | 0.00 | | 0.00 | FA |
| debtor amended exemptions | | | | | |
| 6. Normal Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7. Life Insurance Policies Whole | 0.00 | 0.00 | | 0.00 | FA |
| 8. 100 Shares Motorola | 1,000.00 | 832.96 | | 832.96 | FA |
| debtor amended exemptions, no longer claimed exempt - value declined;.Trustee liquidated | | | | | |
| 9. 1998 Dodge Caravan | 1,125.00 | 0.00 | | 0.00 | FA |
| 10. Asset Purchase Installment Payments- Community Cab (u) | 0.00 | 42,562.21 | | 42,562.21 | FA |
| Right to payments inherited from deceased wife through sale of wife's family business.  Debtor received $6,490 post petition, is paying $50 per month after application of exemption.  Trustee collecting monthly payments of $1,740 from Community Cab payments.  Trustee collected all funds owed from Community Cab and negotiated settlement with Debtor --settlement approved by Court. | | | | | |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 16.13 | Unknown |
| 12. Tax Refunds (u) | 0.00 | 331.59 | | 331.59 | FA |
| 2009 Federal Tax Refund | | | | | |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $303,025.00 | $44,126.76 | | $44,142.89 | $0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| | |
|---|---|
| Case No: | 08-14218   JBS   Judge: Jack B. Schmetterer |
| Case Name: | VANA, RICHARD T. |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Date Filed (f) or Converted (c): | 06/03/08 (f) |
| 341(a) Meeting Date: | 06/27/08 |
| Claims Bar Date: | 12/23/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee prepared tax returns; Trustee has negotiated with the Debtor for a settlement of the remaining installment

payments due; Settlement approved

Initial Projected Date of Final Report (TFR): 12/31/09      Current Projected Date of Final Report (TFR): 06/30/10

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  1

Exhibit 9

| | |
|---|---|
| Case No: | 08-14218 -JBS |
| Case Name: | VANA, RICHARD T. |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6040  Money Market Account (Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******3679 |
| For Period Ending: | 10/06/10 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | | 0.00 |
| C | 10/20/08 | 10 | Community Cab Co., Inc.<br>1501 Miner Street<br>Des Plaines  IL  60016 | Oct 08 Installment- asset pur. agmt | 1221-000 | 1,740.00 | | 1,740.00 |
| C | 10/31/08 | 11 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 0.04 | | 1,740.04 |
| C | 11/06/08 | 10 | Richard Vana | Asset Purchase Installment<br>1st receipt on Debtor's repayment of $2,490 in<br>postpetition asset purchase installments owing to<br>BK estate - Remaining balance owing from Debtor<br>= $2,440. | 1221-000 | 50.00 | | 1,790.04 |
| C | 11/20/08 | 10 | Community Cab Co., Inc.<br>1501 Miner Street<br>Des Plaines  IL  60016 | Nov 08 Installment- asset pur. agm | 1221-000 | 1,740.00 | | 3,530.04 |
| C | 11/28/08 | 11 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 0.17 | | 3,530.21 |
| C | 12/05/08 | 10 | Richard Vana | Asset Purchase Installment<br>2nd receipt on Debtor's repayment of $2,490 in<br>postpetition asset purchase installments owing to<br>BK estate - Remaining balance owing from Debtor<br>= $2,390.00 | 1221-000 | 50.00 | | 3,580.21 |
| C | 12/18/08 | 10 | Community Cab Co., Inc.<br>1501 Miner Street<br>Des Plaines  IL  60016 | Dec 08 Installment- asset pur. agm | 1221-000 | 1,740.00 | | 5,320.21 |
| C | 12/31/08 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 5,320.40 |
| C | 01/15/09 | 10 | Richard Vana | Asset Purchase Installment<br>3rd receipt on Debtor's repayment of $2,490 in<br>postpetition asset purchase installments owing to<br>BK estate - Remaining balance owing from Debtor<br>= $2,340.00 | 1221-000 | 50.00 | | 5,370.40 |
| C | 01/29/09 | 10 | Community Cab Co., Inc.<br>1501 Miner Street<br>Des Plaines  IL  60016 | Jan 09 Installment- asset pur | 1221-000 | 1,740.00 | | 7,110.40 |

FORM 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          08-14218  -JBS
Case Name:     VANA, RICHARD T.

Trustee Name:          Joseph A. Baldi, Trustee
Bank Name:              Bank of America, N.A.
Account Number / CD #:     *******6040  Money Market Account (Interest Earn

Taxpayer ID No:  *******3679
For Period Ending:  10/06/10

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C | 01/30/09 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 7,110.44 |
| C t | 02/17/09 | | Transfer to Acct #*******6095 | Bank Funds Transfer | 9999-000 | | 6.41 | 7,104.03 |
| C | 02/19/09 | 10 | Richard Vana | Asset Purchase Installment | 1221-000 | 50.00 | | 7,154.03 |
| | | | | 4th receipt on Debtor's repayment of $2,490 in postpetition asset purchase installments owing to BK estate - Remaining balance owing from Debtor = $2,290.00 | | | | |
| C | 02/24/09 | 10 | Community Cab Co., Inc. 1501 Miner Street Des Plaines  IL  60016 | Feb 09 Installment- asset pur | 1221-000 | 1,740.00 | | 8,894.03 |
| C | 02/27/09 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 8,894.08 |
| C | 03/10/09 | 10 | RICHARD VANA 966 Howard Des Plaines, IL 60018 | Asset Purchase Installment payment | 1290-000 | 50.00 | | 8,944.08 |
| C | 03/17/09 | 10 | Community Cab Co., Inc. 1501 Miner Street Des Plaines  IL  60016 | Mar 09 Installment- asset pur | 1221-000 | 1,740.00 | | 10,684.08 |
| C | 03/31/09 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,684.16 |
| C | 04/09/09 | 10 | RICHARD VANA 966 Howard Des Plaines, IL 60018 | Asset Purchase Installment | 1121-000 | 50.00 | | 10,734.16 |
| C | 04/21/09 | 10 | Community Cab Co., Inc. 1501 Miner Street Des Plaines  IL  60016 | Apr 09 Installment- asset pur | 1221-000 | 1,740.00 | | 12,474.16 |
| C | 04/30/09 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 12,474.40 |
| C | 05/12/09 | 10 | RICHARD VANA 966 Howard Des Plaines, IL 60018 | Asset Purchase Installment | 1221-000 | 50.00 | | 12,524.40 |
| C | 05/21/09 | 10 | Community Cab Co., Inc. 1501 Miner Street Des Plaines  IL  60016 | May 09 Installment- asset pur | 1221-000 | 1,740.00 | | 14,264.40 |

Ver: 15.20

FORM 2

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:          08-14218  -JBS
Case Name:      VANA, RICHARD T.

Taxpayer ID No:  *******3679
For Period Ending:  10/06/10

Trustee Name:        Joseph A. Baldi, Trustee
Bank Name:           Bank of America, N.A.
Account Number / CD #:   *******6040  Money Market Account (Interest Earn

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | Uniform<br>Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction<br>Date | Check or<br>Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD<br>Balance ($) |
| C | 05/29/09 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 14,264.72 |
| C | 06/15/09 | 10 | RICHARD VANA<br>966 Howard<br>Des Plaines, IL 60018 | Asset Purchase Installment | 1221-000 | 50.00 | | 14,314.72 |
| C | 06/30/09 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.36 | | 14,315.08 |
| C | 07/06/09 | 10 | COMMUNITY CAB CO. , Inc.<br>1501 Miner St.<br>Des Plaines, IL 60016 | Asset Purchase Installment | 1290-000 | 27,389.21 | | 41,704.29 |
| C | 07/09/09 | 10 | RICHARD VANA<br>966 Howard<br>Des Plaines, IL 60018 | Asset Purchase Installment | 1221-000 | 50.00 | | 41,754.29 |
| C | 07/31/09 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.86 | | 41,755.15 |
| C | 08/06/09 | 10 | RICHARD VANA<br>966 Howard<br>Des Plaines, IL 60018 | Asset Purchase Installment | 1221-000 | 50.00 | | 41,805.15 |
| C | 08/31/09 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.06 | | 41,806.21 |
| C | 09/10/09 | 10 | RICHARD VANA<br>966 Howard<br>Des Plaines, IL 60018 | Asset Purchase Installment | 1221-000 | 50.00 | | 41,856.21 |
| C t | 09/17/09 | | Transfer to Acct #*******6095 | Bank Funds Transfer<br>Transfer funds to pay state income tax.<br>ecbSeptember 17, 2009, 03:53 pm | 9999-000 | | 110.00 | 41,746.21 |
| C | 09/30/09 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.03 | | 41,747.24 |
| C | 10/13/09 | 10 | RICHARD VANA<br>966 Howard<br>Des Plaines, IL 60018 | Asset Purchase Installment | 1221-000 | 50.00 | | 41,797.24 |
| C | 10/30/09 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.06 | | 41,798.30 |
| C | 11/17/09 | 8 | Motorola, Inc.<br>PO Box 3525<br>S. Hackensack  NJ  07606-9225 | Sale of Motorola Stock | 1129-000 | 832.96 | | 42,631.26 |
| C | 11/17/09 | 10 | RICHARD VANA | Asset Purchase Installment | 1221-000 | 50.00 | | 42,681.26 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    4

Exhibit 9

| Case No: | 08-14218  -JBS | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | VANA, RICHARD T. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6040  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3679 | | |
| For Period Ending: | 10/06/10 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | 966 Howard | | | | | |
| | | | Des Plaines, IL 60018 | | | | | |
| C | 11/30/09 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.04 | | 42,682.30 |
| C | 12/17/09 | 10 | RICHARD VANA | Asset Purchase Installment (11/09) | 1221-000 | 50.00 | | 42,732.30 |
| | | | 966 Howard | | | | | |
| | | | Des Plaines, IL 60018 | | | | | |
| C | 12/31/09 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.09 | | 42,733.39 |
| C | 01/20/10 | 10 | RICHARD VANA | Asset Purchase Installment (1/10) | 1221-000 | 50.00 | | 42,783.39 |
| | | | 966 Howard | | | | | |
| | | | Des Plaines, IL 60018 | | | | | |
| C | 01/29/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.09 | | 42,784.48 |
| C | 02/18/10 | 10 | RICHARD VANA | Asset Purchase Installment (2/10) | 1221-000 | 50.00 | | 42,834.48 |
| | | | 966 Howard | | | | | |
| | | | Des Plaines, IL 60018 | | | | | |
| C | 02/26/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.98 | | 42,835.46 |
| C t | 03/03/10 | | Transfer to Acct #*******6095 | Bank Funds Transfer | 9999-000 | | 9.74 | 42,825.72 |
| | | | | Transfer funds for bond premium payment. | | | | |
| C t | 03/04/10 | | Transfer to Acct #*******6095 | Bank Funds Transfer | 9999-000 | | 26.69 | 42,799.03 |
| C t | 03/16/10 | | Transfer to Acct #*******6095 | Bank Funds Transfer | 9999-000 | | 708.00 | 42,091.03 |
| | | | | Transfer funds to pay 2009 state income tax for estate.  ecbMarch 16, 2010, 12:43 pm | | | | |
| C | 03/24/10 | 10 | RICHARD VANA | Asset Purchase Installment (3/10) | 1221-000 | 50.00 | | 42,141.03 |
| | | | 966 Howard | | | | | |
| | | | Des Plaines, IL 60018 | | | | | |
| C | 03/31/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.09 | | 42,142.12 |
| C | 04/16/10 | 10 | RICHARD VANA | Asset Purchase Installment (4/10) | 1221-000 | 50.00 | | 42,192.12 |
| | | | 966 Howard | | | | | |
| | | | Des Plaines, IL 60018 | | | | | |
| C | 04/29/10 | 10 | Community Cab Co., Inc. | Final Installment - Asset Purchase | 1290-000 | 153.00 | | 42,345.12 |
| | | | 1501 Miner Street | | | | | |
| | | | Des Plaines  IL  60016 | | | | | |

FORM 2

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:         08-14218  -JBS

Case Name:    VANA, RICHARD T.

Taxpayer ID No: *******3679

For Period Ending:  10/06/10

Trustee Name:          Joseph A. Baldi, Trustee

Bank Name:             Bank of America, N.A.

Account Number / CD #:      *******6040  Money Market Account (Interest Earn

Blanket Bond (per case limit):  $ 5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 04/30/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.04 | | 42,346.16 |
| C 05/28/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.07 | | 42,347.23 |
| C 06/08/10 | 2, 3, 10 | MARIANN BILODEAU | Settlement per Court Order | 1290-000 | 600.00 | | 42,947.23 |
| | | 2279 Eastview Drive | | | | | |
| | | Des Plaines, IL 60018 | | | | | |
| C 06/11/10 | 12 | UNITED STATES TREASURY | 2009 Income Tax Refund | 1224-000 | 331.59 | | 43,278.82 |
| | | Internal Revenue Service | | | | | |
| | | Cincinnati, OH  45999-0148 | | | | | |
| C 06/30/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.06 | | 43,279.88 |
| C 07/30/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.10 | | 43,280.98 |
| C 08/31/10 | 11 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.07 | | 43,282.05 |
| C t 08/31/10 | | Transfer to Acct #*******6095 | Final Posting Transfer | 9999-000 | | 43,282.05 | 0.00 |

* Reversed

t  Funds Transfer

C  Bank Cleared

| Account  *******6040 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 31 | Deposits | 44,126.76 | 0 | Checks | 0.00 |
| | 23 | Interest Postings | 16.13 | 0 | Adjustments Out | 0.00 |
| | | | | 6 | Transfers Out | 44,142.89 |
| | | Subtotal | $  44,142.89 | | | |
| | | | | | Total | $  44,142.89 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $  44,142.89 | | | |

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Exhibit 9**

Case No:     08-14218  -JBS

Case Name:   VANA, RICHARD T.

Taxpayer ID No:   *******3679

For Period Ending:   10/06/10

Trustee Name:        Joseph A. Baldi, Trustee

Bank Name:           Bank of America, N.A.

Account Number / CD #:   *******6095  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):   $  5,000,000.00

Separate Bond (if applicable):

| | 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | | 0.00 |
| C t | 02/17/09 | | Transfer from Acct #*******6040 | Bank Funds Transfer | 9999-000 | 6.41 | | 6.41 |
| C | 02/17/09 | 001001 | International Sureties, Ltd.<br>701 Poydras Street  #420<br>New Orleans, LA 70139 | 2009 Bond Premium Payment<br>Bond No. 016026455 | 2300-000 | | 6.41 | 0.00 |
| C t | 09/17/09 | | Transfer from Acct #*******6040 | Bank Funds Transfer<br>Transfer funds to pay state income tax.<br>ecbSeptember 17, 2009, 03:53 pm | 9999-000 | 110.00 | | 110.00 |
| C | 09/17/09 | 001002 | ILLINOIS DEPT. OF REVENUE<br>P.O. BOX 19009<br>SPRINGFIELD, IL 62794-9009 | 2008 Form IL-1041<br>Taxpayer ID 61-6363679 | 2820-000 | | 110.00 | 0.00 |
| C t | 03/03/10 | | Transfer from Acct #*******6040 | Bank Funds Transfer<br>Transfer funds for bond premium payment. | 9999-000 | 9.74 | | 9.74 |
| C | 03/03/10 | 001003 | International Sureties<br>701 Poydras Street  #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>Annual premium payment - 2010 | 2300-000 | | 9.74 | 0.00 |
| C t | 03/04/10 | | Transfer from Acct #*******6040 | Bank Funds Transfer | 9999-000 | 26.69 | | 26.69 |
| C | 03/04/10 | 001004 | International Sureties<br>701 Poydras Street  #420<br>New Orleans, LA 70139 | Bond Premium Payment (2nd Check)<br>Balance Owing on 2010 annual premium<br>Bond # 016026455 | 2300-000 | | 26.69 | 0.00 |
| C t | 03/16/10 | | Transfer from Acct #*******6040 | Bank Funds Transfer<br>Transfer funds to pay 2009 state income tax for<br>estate.   ecbMarch 16, 2010, 12:43 pm | 9999-000 | 708.00 | | 708.00 |
| C | 03/16/10 | 001005 | ILLINOIS DEPT. OF REVENUE<br>P.O. BOX 19009<br>SPRINGFIELD, IL 62794-9009 | 2009 IL 1041<br>61-6363679 | 2820-000 | | 708.00 | 0.00 |
| C t | 08/31/10 | | Transfer from Acct #*******6040 | Transfer In From MMA Account | 9999-000 | 43,282.05 | | 43,282.05 |
| C | 08/31/10 | 001006 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois  60603 | Trustee Final Compensation | 2100-000 | | 5,163.97 | 38,118.08 |

FORM 2                                                          Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-14218  -JBS | |
| Case Name: | VANA, RICHARD T. | |

Taxpayer ID No:   *******3679
For Period Ending:   10/06/10

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6095  Checking Account (Non-Interest Earn |

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  08/31/10 | 001007 | Joseph A. Baldi & Associates, P.C. 19 S. LaSalle St.  #1500 Chicago  IL  60603 | TR Attorneys - Final Comp | 3110-000 | | 6,842.00 | 31,276.08 |
| C  08/31/10 | 001008 | Popowcer Katten, Ltd 35 E. Wacker Drive Suite 1550 Chicago, Il  60601-2207 | Accountant for Trustee Fees (Other | 3410-000 | | 1,956.50 | 29,319.58 |
| C  08/31/10 | 001009 | Discover Bank/DFS Services LLC POB 3025 New Albany Ohio 43054 | Claim 000001, Payment 25.67% | 7100-000 | | 2,103.66 | 27,215.92 |
| C  08/31/10 | 001010 | PYOD LLC successors/assigns Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000002, Payment 25.67% | 7100-000 | | 755.96 | 26,459.96 |
| C  08/31/10 | 001011 | CHASE BANK USA C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Claim 000003, Payment 25.67% | 7100-000 | | 3,393.21 | 23,066.75 |
| C  08/31/10 | 001012 | CHASE BANK USA C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Claim 000004, Payment 25.67% | 7100-000 | | 2,080.43 | 20,986.32 |
| C  08/31/10 | 001013 | CHASE BANK USA C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Claim 000005, Payment 25.67% | 7100-000 | | 255.98 | 20,730.34 |
| C  08/31/10 | 001014 | Chase Bank USA NA PO BOX 15145 Wilmington, DE 19850-5145 | Claim 000006, Payment 25.67% | 7100-000 | | 1,810.77 | 18,919.57 |
| C  08/31/10 | 001015 | eCAST Settlement Corp assignee of HSBC HSBC Bank Nevada and its Assigns | Claim 000007, Payment 25.67% (7-1) Credit Card Debt | 7100-000 | | 119.76 | 18,799.81 |

FORM 2

Page:   8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-14218  -JBS | |
| Case Name: | VANA, RICHARD T. | |
| | | |
| Taxpayer ID No: | *******3679 | |
| For Period Ending: | 10/06/10 | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6095  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C   08/31/10 | 001016 | POB 35480￼Newark NJ 07193-5480￼American Express Centurion Bank￼c o Becket and Lee LLP | Claim 000008, Payment 25.67%￼(8-1) Credit Card Debt | 7100-000 | | 622.79 | 18,177.02 |
| C   08/31/10 | 001017 | POB 3001￼Malvern PA 19355-0701￼Pra Receivables Mgmt Llc for Capital One￼As Agent Of Portfolio Recovery Assocs.￼c/o Capital One | Claim 000009, Payment 25.67% | 7100-000 | | 728.18 | 17,448.84 |
| C   08/31/10 | 001018 | POB 41067￼NORFOLK VA 23541￼Recovery MGMT Systems Corp for GEMB￼For GE Money Bank￼dba GE MONEY MASTERCARD￼25 SE 2nd Ave Ste 1120￼Miami FL 33131 | Claim 000010, Payment 25.67% | 7100-000 | | 2,414.52 | 15,034.32 |
| C   08/31/10 | 001019 | Recovery Mgmt Systems Corp for GEMB￼For GE Money Bank￼dba GE MONEY LOC￼25 SE 2nd Ave Ste 1120￼Miami FL 33131 | Claim 000011, Payment 25.67% | 7100-000 | | 3,751.81 | 11,282.51 |
| C   08/31/10 | 001020 | FIA CARD SERVICES, NA/BANK OF AMERICA￼by American InfoSource LP as its agent￼PO Box 248809￼Oklahoma City, OK 73124-8809 | Claim 000012, Payment 25.67% | 7100-000 | | 2,233.45 | 9,049.06 |
| C   08/31/10 | 001021 | FIA CARD SERVICES, NA/BANK OF AMERICA￼by American InfoSource LP as its agent￼PO Box 248809￼Oklahoma City, OK 73124-8809 | Claim 000013, Payment 25.67% | 7100-000 | | 4,979.60 | 4,069.46 |
| C   08/31/10 | 001022 | FIA CARD SERVICES, NA/BANK OF AMERICA￼by American InfoSource LP as its agent | Claim 000014, Payment 25.67% | 7100-000 | | 1,940.12 | 2,129.34 |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 08-14218 -JBS |
| Case Name: | VANA, RICHARD T. |
| Taxpayer ID No: | *******3679 |
| For Period Ending: | 10/06/10 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6095 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  08/31/10 | 001023 | PO Box 248809<br>Oklahoma City, OK 73124-8809<br>FIA CARD SERVICES, NA/BANK OF AMERICA<br>by American InfoSource LP as its agent | Claim 000015, Payment 25.67% | 7100-000 | | 1,132.14 | 997.20 |
| C  08/31/10 | 001024 | PO Box 248809<br>Oklahoma City, OK 73124-8809<br>FIA CARD SERVICES, NA/BANK OF AMERICA<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000016, Payment 25.67% | 7100-000 | | 997.20 | 0.00 |

* Reversed
t Funds Transfer
C Bank Cleared

| Account   *******6095 | | | | | |
|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | |
| 0 | Deposits | 0.00 | 24 | Checks | 44,142.89 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $      0.00 | | | |
| | | | | Total | $    44,142.89 |
| 0 | Adjustments In | 0.00 | | | |
| 6 | Transfers In | 44,142.89 | | | |
| | Total | $   44,142.89 | | | |

FORM 2

Page: 10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-14218 -JBS | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | VANA, RICHARD T. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6095 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3679 | | |
| For Period Ending: | 10/06/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  | Report Totals | | Balance Forward | 0.00 | | | |
|  | | 31 | Deposits | 44,126.76 | 24 | Checks | 44,142.89 |
|  | | 23 | Interest Postings | 16.13 | 0 | Adjustments Out | 0.00 |
|  | | | | | 6 | Transfers Out | 44,142.89 |
|  | | | Subtotal | $ 44,142.89 | | | |
|  | | | | | | Total | $ 88,285.78 |
|  | | 0 | Adjustments In | 0.00 | | | |
|  | | 6 | Transfers In | 44,142.89 | | | |
|  | | | Total | $ 88,285.78 | | Net Total Balance | $ 0.00 |

Ver: 15.20